In the Matter of the Application for the Appointment of a Committee of the Person and Property of PETER J. JANKOWSKI, an Alleged Incompetent Person.—

* For other Fourth Department cases decided without opinion in January, 1929, see 225 App. Div. 843–846.— [REP.

† Revd., 251 N. Y. 563.

Order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.